■ MICHAEL DI GUILMI et al., Respondents, v CHARLES BRESS, Appellant. —In a negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Dutchess County, entered April 2, 1975, which granted plaintiffs' motion for leave to (1) vacate a prior order of preclusion, (2) serve a further bill of particulars and (3) serve an amended complaint with increased *ad damnum* provisions. Order affirmed, without costs or disbursements. Plaintiffs have proceeded in accordance with the prior orders which granted them leave to renew upon the submission of affidavits establishing a causal relationship between the accident to plaintiff Rosa Di Guilmi and her subsequent surgery. The prior order of February 10, 1975 advised plaintiffs first to seek vacatur of the order of preclusion. In the interests of justice, plaintiffs should be granted the relief sought despite the rather equivocal statements in the medical certificate furnished. It is for the trier of the facts to resolve the issue whether a head injury can result in the necessity for a hysterectomy some seven months after the accident. Central to our holding is the express legislative mandate that leave to amend "shall be freely given" (see CPLR 3025, subd [b]). Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

■ FARGLEN BUILDING CORP., Respondent, v DURALAB EQUIPMENT CORP., Appellant.—The attorneys for the respective parties on this appeal from an order of the Supreme Court, Kings County, entered December 17, 1975, have agreed, after a conference held before Hon. Harry Gittleson on February 26, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation includes certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements; and it is ordered that the case be restored to its original position on the nonjury calendar, without prejudice to the completion by plaintiff of its examination before trial of defendant. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ FORDHAM OPERATING CORPORATION, Respondent-Appellant, v COUNTY OF WESTCHESTER, Appellant-Respondent.—In an action *inter alia* to enjoin defendant from discharging surface water onto plaintiff's property, the parties cross-appeal from stated portions of an order of the Supreme Court, Westchester County, dated June 16, 1975, which, *inter alia,* denied their respective motions for summary judgment. Order affirmed insofar as appealed from, without costs or disbursements, on the opinion of Mr. Justice Slifkin at Special Term. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur. [82 Misc 2d 566.]